**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMANUEL KWAME FORSON

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **May 24, 2010** and responses to these motions shall be filed by **June 4, 2010**. The Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed. R. Crim. P. 16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, *e.g.*, questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled "Unopposed Motion for

_____," and the parties shall submit the proposed order the parties wish the Court to

enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **July 6, 2010 at 3:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-week jury trial is set for **July 12, 2010 at 9:00 a.m.**, in Courtroom A602.

DATED: May  11 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge