# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMANUEL KWAME FORSON

    Defendant.
_____

# ORDER GRANTING ENDS OF JUSTICE CONTINUANCE
# AND EXCLUDABLE TIME
_____

This matter is before the Court on the parties' Joint Status Report (Doc. # 27) in which an additional 60 days is requested for the review of "all relevant and material discovery matters." Having reviewed the Report and the case file, the Court finds:

1. The 70-day speedy trial deadline in this case is October 28, 2010.

2. Due to the voluminous on-going discovery, and the continuing complexity of this case and related matters, denying the requested continuance would result in a miscarriage of justice by denying the Defendant and the government adequate opportunity to reach a favorable outcome, despite the exercise of due diligence. Pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), the ends of justice that will be served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED that:

Sixty (60) days from the date of this Order shall be excluded from the speedy trial calculation. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for October 7, 2010 and the two-week Jury Trial set to commence October 25, 2010 are VACATED. It is

FURTHER ORDERED that **either** Defendant shall file a Notice of Disposition **or** the parties shall file another status report **no later than November 19, 2010**.

DATED: September  29 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge