**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMANUEL KWAME FORSON

    Defendant.
_____

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE
AND ADDITIONAL EXCLUDABLE TIME**
_____

This matter is before the Court on the parties' second Joint Status Report (Doc. # 31) in which an additional 60 days is requested "in order to ascertain and treat the defendant's medical condition and to finalize the necessary facts and guidelines for the plea agreement." Having reviewed the Report and the case file, the Court finds:

1. The speedy trial deadline in this case is December 28, 2010.

2. Defense counsel has indicated that Defendant Forson suffers from a serious current medical condition, and that defense counsel "is endeavoring to receive all relevant medical records concerning his client and is also attempting to follow up with the appropriate authorities to be certain that defendant Forson is receiving all necessary medical treatment [and that the] government has agreed to assist Mr. Gomez in this matter."

3. The Court finds that Defendant's serious medical condition constitutes a sufficient basis to grant an ends of justice continuance pursuant to 18 U.S.C. § 3161(h)(7)A) and (B)(i) and (iv).

IT IS THEREFORE ORDERED that the Court GRANTS an ends of justice continuance of sixty (60) days, which shall be excluded from the speedy trial clock, which currently stands at December 28, 2010. It is

FURTHER ORDERED that **either** Defendant shall file a Notice of Disposition **or** the parties shall file another status report **no later than December 21, 2010**.

DATED: November   30  , 2010

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge