IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EMMANUEL KWAME FORSON

        Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment. The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Emmanuel Kwame Forson entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a.    Miscellaneous Jewelry valued at approximately $79,000.00;

    b.    Approximately 49 Apple Computers;

    c.    Three Toshiba Laptop Computers;

    d.    One Sony Vaio laptop Computer;

    e.    One HP Pavilion Notebook Computer;

    f.    Ten HP Laserjet Print Cartridges;

    g.    $351.18 in United States currency;

    h.    Two Nokia cell phones;

    I.    3 SD Media cards;

    j.    ZeroHaliburton briefcase; and

    k.    a money judgment in the amount of $214,621.37, less any funds retained from the forfeiture of the directly traceable assets is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(2) and 18 U.S.C. § 1029(c)(1)(C). Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture and Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States Postal Inspection Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(C), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this __5th__ day of August, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge