**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00251-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    EMMANUEL KWAME FORSON,

      Defendant.

---

## FINAL ORDER OF FORFEITURE

---

     This matter is before the Court on the United States' Motion for Final Order of

Forfeiture (Doc. # 69) for certain property seized from Defendant Emmanuel Kwame

Forson, and the Court having read said Motion and being fully advised in the premises,

finds:

     THAT the United States commenced this action pursuant to  18 U.S.C.

§ 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Rule 32.2(b) of the Federal Rules of

Criminal Procedure;

     THAT a Preliminary Order of Forfeiture was entered on August 5, 2011 (Doc.

# 66);

     THAT all known interested parties were provided an opportunity to respond

and that publication has been effected as required by 21 U.S.C. § 853(n); and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Fed. R. Crim. P. 32.2(b).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(2), 18 U.S.C. § 1029(c)(1)(c), and Rule 32.2(b). Fed. R. Crim. P., free from the claims of any other party:

a.     Miscellaneous Jewelry valued at approximately $79,000.00;

b.     Approximately 49 Apple Computers;

c.     Three Toshiba Laptop Computers;

d.     One Sony Vaio laptop Computer;

e.     One HP Pavilion Notebook Computer;

f.     Ten HP Laserjet Print Cartridges;

g.     $351.18 in United States currency;

h.     Two Nokia cell phones;

i.     3 SD Media cards; and

j.     ZeroHaliburton briefcase;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this __31st__ day of January, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2